[No. 8833-9-II. Division Two. August 6, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. JAMES RAY WALTON, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84-1-00412-0, Paula Casey, J., entered May 23, 1985. *Reversed* by unpublished opinion per Buckner, J. Pro Tem., concurred in by Goodloe and Johnson, JJ. Pro Tem.

[No. 9322-7-II. Division Two. August 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID D. KLEE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85-1-00651-8, James D. Ladley, J., entered November 7, 1985. *Affirmed* by unpublished opinion per Jones, J. Pro Tem., concurred in by Steiner and Utter, JJ. Pro Tem.

[No. 16607-7-I. Division One. August 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CAROLYN A. BROWN, ET AL, *Defendants,* TENA EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00873-8, Dennis J. Britt, J., entered June 7, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.